**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LARRY HARRIS**                                                          **CIVIL ACTION**

**VERSUS**                                                                **NO. 10-1607**

**N. BURL CAIN, WARDEN**                                                  **SECTION "B"(5)**

## ORDER

   The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

   Therefore, **IT IS ORDERED** that the petition of Larry Harris for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

   New Orleans, Louisiana, this 21st day of March, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE