**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LARRY HARRIS**                                                  **CIVIL ACTION**

**VERSUS**                                                        **NO.  10-1607**

**N. BURL CAIN, WARDEN**                                          **SECTION "B"(5)**

### CERTIFICATE  OF  APPEALABILITY

    Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

       _____
       _____

   XXX     a certificate of appealability shall not be issued for the following reason(s):

       Petitioner fails to show a denial of a constitutional right.  See Record Document Number 10.

    New Orleans, Louisiana, this 21st day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE